1  Allen Ruby, Esq. SB #47109
   Glen W. Schofield, Esq. SB #47308
2  RUBY & SCHOFIELD
   125 South Market Street, Suite 1001
3  San Jose, California  95113
   Telephone:  (408) 998-8500
4

5  Attorneys for Plaintiff
   DUALCOR TECHNOLOGIES, INC.
6

7
                UNITED STATES DISTRICT COURT
8
               NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN JOSE BRANCH
10

11 | DUALCOR TECHNOLOGIES, INC. | CASE NO. C 07 CV 04425

12 |         Plaintiff,         | **CERTIFICATE OF PERSONAL SERVICE**

13 |         v.                 |
                                | Intel Corporation
14 | INTEL CORPORATION,         | Agent: Margaret Wilson
                                | CT Corporation
15 |         Defendant.         | 818 W. Seventh Street
                                | Los Angeles, CA 90017
16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF PERSONAL SERVICE                                              1

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ALLEN RUBY #47109<br>RUBY & SCHOFIELD<br>125 S. MARKET ST. #1001<br>SAN JOSE, CA 95113 | 408-998-8500 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>265624 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT-SAN JOSE
UNITED STATES DISTRICT COURT-SAN JOSE

Plaintiff:
DUALCOR TECHNOLOGIES, INC.

Defendant:
INTEL CORPORATION

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07 04425 |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT FOR TRADEMARK AND TRADE NAME INFRINGEMENT, JURY TRIAL DEMAND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT;

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : | INTEL CORPORATION |
|---|---|---|
| By Serving | : | MARGARAT WILSON, AUTH. TO ACCEPT FOR CT CORPORATION - REGISTERED AGENT |
| Address | : | 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017 |
| Date & Time | : | Friday, September 7, 2007 @ 2:40 pm |
| Witness fees were | : | Not applicable. |

Person serving:
B. Anderson
**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 669, San Jose, CA 95106
408-247-1574    Fax 408-554-0855

a. Fee for service: $72.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 10, 2007                                      Signature: _____
                                                                                    B. Anderson


Printed on recycled paper