1  Robert N. Phillips (SBN 120970)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, CA 94105-2708
3  Telephone:  (415) 848-4900
   Facsimile:  (415) 848-4999
4  E-mail: phillipsr@howrey.com

5  Bobby A. Ghajar (SBN 198719)
   HOWREY LLP
6  550 South Hope Street, Suite 1100
   Los Angeles, CA 90071
7  Telephone:  (213) 892-1800
   Facsimile:  (213) 892-2300
8  E-mail:  ghajarb@howrey.com

9  Attorneys for Defendant
   INTEL CORPORATION

10

11             **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO BRANCH**

14

15  DUALCOR TECHNOLOGIES, INC.,          ) Case No. CV07-04425-JSW
                                         )
16              Plaintiff,               )
                                         )
                                         ) **CERTIFICATION OF INTERESTED**
17          vs.                          ) **ENTITIES OR PERSONS**
                                         )
18  INTEL CORPORATION,                   )
                                         )
19              Defendant.               )
    ─────────────────────────────────── )
20

21

22

23

24

25

26

27

28

**HOWREY LLP**

Case No. CV07-04425 JSW
Certification of Interested Entities or Persons
DM_US:20856483_1

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of

2    record for Defendant Intel Corporation, certifies that no publicly held corporation owns 10% of more

3    of its stock.

4    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

5    parties, there is no such interest to report.

6    Dated:  November 15, 2007                HOWREY LLP

7

8                                          By   /s/ Bobby A. Ghajar
                                               Robert N. Phillips
9                                              Bobby A. Ghajar

10                                         Attorneys for Defendant
                                           INTEL CORPORATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              -2-

HOWREY LLP