UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DUALCOR, INC.

                    Plaintiff(s),

          v.

INTEL CORPORATION

                    Defendant(s).
_____/

Case No.  C 07 CV 04425

ADR CERTIFICATION BY PARTIES
AND COUNSEL

          Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

          **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

          **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

          **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated:  _11-14-07_

Dated:  _Nov. 14, 2007_

                                        _____
                                        DUALCOR, INC.
                                        BY:  Tim Glass, President

                                        _____
                                        [Counsel]