1  Allen Ruby, Esq. SB #47109
   Glen W. Schofield, Esq. SB #47308
2  RUBY & SCHOFIELD
   125 South Market Street, Suite 1001
3  San Jose, California 95113
   Telephone: (408) 998-8500
4

5  Attorneys for Plaintiff
   DUALCOR TECHNOLOGIES, INC.
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE BRANCH

11

| 12 | DUALCOR TECHNOLOGIES, INC. | CASE NO. C 07 CV 04425 |
|----|---|---|
| 13 | Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| 14 | v. | |
| 15 | INTEL CORPORATION, | |
| 16 | Defendant. | |

17

18      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

19 attorneys of record for Plaintiff, Dualcor Technologies, Inc., certifies that no publicly held

20 corporation owns 10% or more of its stock.

21      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date the

22 following persons, associations of persons, firms, partnerships, corporation (including

23 parent corporations), or other entities other than the parties themselves known by the party

24 to have either (i) a financial interest of any kind in the subject matter in controversy or in a

25 party to the proceeding; or (ii) any other kind of interest that could be substantially affected

26 by the outcome of the proceeding are as follows:

27      /////

28      /////

CERTIFICATE OF INTERESTED PARTIES                                                    1

1
2  Daehong Technew Corporation
   Lawrence L. Reece Trust
3  Timothy J. Glass
   Bryan T. Cupps
4  Dong Kwam Kim
   Wanho Park
5

6  DATED: November 19, 2007                RUBY & SCHOFIELD
7
8                                          BY _____
9                                          ALLEN RUBY
                                           Attorneys for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF INTERESTED PARTIES                                        2