# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**        **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: December 7, 2007        **Court Reporter**: Jm Yeomans

**CASE NO. C- 07-4425 JSW**

**TITLE:** Dualcor Technologies v. Intel Corporation

**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**

Allen Ruby        Bobby Ghajar

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by December 14, 2007.

**ADR: Private Mediation to be completed by 3-28-08.**

**Counsel shall meet and confer and agree upon a reasonable information sharing plan.**

**The Court will allow 2 depositions per side for mediation purposes.**

**Further CMC: 4-18-08 at 1:30 p.m.**
**Joint CMC statement due: 4-11-08**

cc: ADR