Robert N. Phillips (SBN 120970)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
E-mail: phillipsr@howrey.com

Bobby A. Ghajar (SBN 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: ghajarb@howrey.com

Attorneys for Defendant
INTEL CORPORATION

Allen Ruby (SBN 47109)
Glen W. Schofield (SBN 47308)
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff,
DUALCOR TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO BRANCH

| | |
|---|---|
| DUALCOR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTEL CORPORATION, <br><br> Defendant. | Case No. CV07-04425-JSW <br><br> **NOTICE REGARDING DECLINATION, AFTER RECONSIDERATION, OF ELECTION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

During the Initial Case Management Conference on December 7, 2007, the Court ordered the parties to discuss with their clients the option of proceeding in this case before one of the Court's Magistrate Judges. The parties do not stipulate to assignment of the case to a United States Magistrate Judge.

Dated: December 14, 2007

HOWREY LLP

By _____
Robert N. Phillips
Bobby A. Ghajar
Attorneys for Defendant

Dated: December 14, 2007

RUBY & SCHOFIELD

By _____
Allen Ruby
Attorneys for Plaintiff

-2-

Case No. CV07-04425 JSW
Notice Regarding Declination, After Reconsideration,
Of Election to Proceed Before a Magistrate Judge
DM_US:20916605_1