Allen Ruby, Esq. SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
DUALCOR TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| DUALCOR TECHNOLOGIES, INC. | CASE NO. C 07 CV 04425 |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2008, the name of the law firm serving as counsel of record for Plaintiff, DualCor Technologies, Inc. was changed to "Law Offices of Allen Ruby," as Glen W. Schofield has become "Of Counsel" to the firm. The office address and telephone and facsimile numbers remain the same.

DATED: January 16, 2008          LAW OFFICES OF ALLEN RUBY

                                 BY _____
                                    ALLEN RUBY
                                    Attorney for Plaintiff

I:\DUALCOR\P\Notice of change of firm name.doc

NOTICE OF CHANAGE OF FIRM NAME                                              1