# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DUALCOR TECHNOLOGIES, INC.

Plaintiff(s),

v.

INTEL CORPORATION,

Defendant(s).

CASE NO. C 07 CV 04425

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Peter Edward Moll, an active member in good standing of the bar of District of Columbia Court of Appeals whose business address and telephone number (particular court to which applicant is admitted) is, Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, DC 20004; telephone (202) 783-0800 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Intel Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-11-08

_____
United States Judge