1  Bobby A. Ghajar (SBN 198719)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, CA 90071
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  E-mail: ghajarb@howrey.com

5  Peter E. Moll *(Pro Hac Vice Pending)*
   HOWREY LLP
6  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
7  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
8  Email: mollp@howrey.com

9  Attorneys for Defendant
   INTEL CORPORATION
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO BRANCH

14

15  DUALCOR TECHNOLOGIES, INC.,           )  Case No. CV07-04425-JSW
                                          )
16              Plaintiff,                )
                                          )  **STIPULATION AND [PROPOSED] ORDER**
17        vs.                             )  **TO EXTEND DEADLINE TO COMPLETE**
                                          )  **AND REPORT ON STATUS OF ADR**
18  INTEL CORPORATION,                    )
                                          )
19              Defendant.                )
                                          )

20

21

22

23

24

25

26

27

HOWREY LLP

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Extend
Deadline to Complete and Report on Status of ADR
DM_US:21079997_1

1 | Pursuant to Local Rule 7-12, the parties, through their respective undersigned counsel, stipulate
2 | to extend the deadline to complete and report on status of ADR with reference to the following facts:
3 | 1. Pursuant to the Court's December 10, 2007 Civil Minute Order, the deadline for the
4 | parties to complete private mediation is currently set for March 28, 2008;
5 | 2. In January, the parties agreed to mediate before (Ret.) Judge Daniel Weinstein of the
6 | JAMS organization in March, but his earliest date of availability in San Francisco was not until March
7 | 31, 2008, and the parties have secured that date;
8 | 3. The parties request that the Court extend the deadline to complete private mediation by
9 | one week, until April 4, 2008, to allow the parties to complete the scheduled mediation and to have
10 | ample time to file a report with the Court.

Respectfully submitted,

Dated: March 11, 2008

_____
Allen Ruby
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
DUALCOR TECHNOLOGIES, INC.

Dated: March 10, 2008

_____/S/_____
Bobby A. Ghajar
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800

Attorneys for Defendant
INTEL CORPORATION

-2-

HOWREY LLP

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Extend
Deadline to Complete and Report on Status of ADR
DM US:21079997_1

**ORDER**

Based on the above stipulation of the parties, and good cause existing, the Court extends the deadline for the parties to complete private mediation until April 4, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
Honorable Jeffrey S. White

-3-

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Extend
Deadline to Complete and Report on Status of ADR
DM US:21079997_1