1  Bobby A. Ghajar (SBN 198719)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, CA 90071
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  E-mail: ghajarb@howrey.com

5  Peter E. Moll *(Pro Hac Vice Pending)*
   HOWREY LLP
6  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
7  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
8  Email: mollp@howrey.com

9  Attorneys for Defendant
   INTEL CORPORATION

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO BRANCH

14

15 | DUALCOR TECHNOLOGIES, INC.,           ) Case No. CV07-04425-JSW
                                           )
16 |        Plaintiff,                     )
                                           ) **STIPULATION AND [PROPOSED] ORDER
17 |    vs.                                ) TO EXTEND DEADLINE TO COMPLETE
                                           ) AND REPORT ON STATUS OF ADR**
18 | INTEL CORPORATION,                    )
                                           )
19 |        Defendant.                     )
                                           )

20

21

22

23

24

25

26

27

HOWREY LLP

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Extend
Deadline to Complete and Report on Status of ADR
DM_US:21079997_1

1  Pursuant to Local Rule 7-12, the parties, through their respective undersigned counsel, stipulate
2  to extend the deadline to complete and report on status of ADR with reference to the following facts:
3      1.    Pursuant to the Court's December 10, 2007 Civil Minute Order, the deadline for the
4  parties to complete private mediation is currently set for March 28, 2008;
5      2.    In January, the parties agreed to mediate before (Ret.) Judge Daniel Weinstein of the
6  JAMS organization in March, but his earliest date of availability in San Francisco was not until March
7  31, 2008, and the parties have secured that date;
8      3.    The parties request that the Court extend the deadline to complete private mediation by
9  one week, until April 4, 2008, to allow the parties to complete the scheduled mediation and to have
10 ample time to file a report with the Court.

Respectfully submitted,

13 Dated: March 11, 2008

_____
Allen Ruby
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
DUALCOR TECHNOLOGIES, INC.

20 Dated: March 10, 2008

_____/S/_____
Bobby A. Ghajar
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800

Attorneys for Defendant
INTEL CORPORATION

HOWREY LLP

-2-

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Extend
Deadline to Complete and Report on Status of ADR
DM US:21079997 1

1
## ORDER

2    Based on the above stipulation of the parties, and good cause existing, the Court extends the

3 deadline for the parties to complete private mediation until April 4, 2008.

4    PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6 Dated:  March 12, 2008            _____
                                    Honorable Jeffrey S. White
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    -3-
28

HOWREY LLP

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Extend
Deadline to Complete and Report on Status of ADR
DM_US:21079997_1