Bobby A. Ghajar (SBN 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: ghajarb@howrey.com

Peter E. Moll *(Pro Hac Vice Pending)*
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: mollp@howrey.com

Attorneys for Defendant
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| DUALCOR TECHNOLOGIES, INC., | Case No. CV07-04425-JSW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE APRIL 18, 2008 CASE MANAGEMENT CONFERENCE |
| INTEL CORPORATION, | |
| Defendant. | |

HOWREY LLP

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Continue
Case Management Conference

DM_US:21140477_1

Pursuant to Local Rule 7-12, the parties, through their respective undersigned counsel, stipulate to a three-week continuance of the Case Management Conference presently scheduled for April 18, 2008 on the following grounds:

1. Defendant's counsel has a conflict on April 18, 2008 and is unable to attend on that day.

2. The parties request that the Court continue the Case Management Conference from April 18, 2008 to May 9, 2008.

Respectfully submitted,

Dated: April 10, 2008

_____
Allen Ruby
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
DUALCOR TECHNOLOGIES, INC.

Dated: April 10, 2008

_____
Bobby A. Ghajar
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800

Attorneys for Defendant
INTEL CORPORATION

-2-

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Continue
Case Management Conference
DM US:21140477_1

**ORDER**

Based on the above stipulation of the parties, and good cause existing, the Court schedules the Case Management Conference for May 9, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
Honorable Jeffrey S. White

-3-