1  Bobby A. Ghajar (SBN 198719)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, CA 90071
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  E-mail: ghajarb@howrey.com

5  Peter E. Moll *(Pro Hac Vice Pending)*
   HOWREY LLP
6  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
7  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
8  Email: mollp@howrey.com

9  Attorneys for Defendant
   INTEL CORPORATION
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO BRANCH

14

15 DUALCOR TECHNOLOGIES, INC.,        ) Case No. CV07-04425-JSW
                                      )
16          Plaintiff,                )
                                      ) **STIPULATION AND [PROPOSED] ORDER**
17    vs.                             ) **TO CONTINUE APRIL 18, 2008 CASE**
                                      ) **MANAGEMENT CONFERENCE**
18 INTEL CORPORATION,                 )
                                      )
19          Defendant.                )
                                      )
20 _____

21

22

23

24

25

26

27

HOWREY LLP

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Continue
Case Management Conference

DM_US:21140477_1

1   Pursuant to Local Rule 7-12, the parties, through their respective undersigned counsel, stipulate
2   to a three-week continuance of the Case Management Conference presently scheduled for April 18,
3   2008 on the following grounds:
4       1.    Defendant's counsel has a conflict on April 18, 2008 and is unable to attend on that day.
5       2.    The parties request that the Court continue the Case Management Conference from
6   April 18, 2008 to May 9, 2008.

Respectfully submitted,

Dated: April 10, 2008

_____
Allen Ruby
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
DUALCOR TECHNOLOGIES, INC.

Dated: April 10, 2008

_____
Bobby A. Ghajar
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800

Attorneys for Defendant
INTEL CORPORATION

-2-

HOWREY LLP

Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Continue
Case Management Conference
DM US:21140477_1

## ORDER

Based on the above stipulation of the parties, and good cause existing, the Court schedules the Case Management Conference for May 9, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 11, 2008

_____
Honorable Jeffrey S. White

-3-
Case No. CV07-04425 JSW
Stipulation and [Proposed] Order to Continue
Case Management Conference
DM_US:21140477_1