```
1  Allen Ruby, Esq. SB #47109
   LAW OFFICES OF ALLEN RUBY
2  125 South Market Street, Suite 1001
   San Jose, California 95113
3  Telephone: (408) 998-8500

4  Attorneys for Plaintiff
   DUALCOR TECHNOLOGIES, INC.
5
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| DUALCOR TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | CASE NO. C 07 CV 04425<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Rule 41(a), Federal Rules of Civil Procedure |

The undersigned parties hereby stipulate as follows:

1. Plaintiff may file the Dismissal attached to this Stipulation as Exhibit A.

2. The Dismissal with prejudice shall apply to any and all trademark, trade name, and unfair competition claims raised, or which could have been raised, in Plaintiff's Complaint relating to Plaintiff's asserted rights in the name or mark "DualCor."

3. The parties shall bear their own costs and attorney's fees.

DATED: May 5, 2008

DUALCOR TECHNOLOGIES, INC.

BY _____
ALLEN RUBY
Attorney for Plaintiff

DATED: May 6, 2008

INTEL CORPORATION

BY _____
Bobby Ghajar
Attorney for Defendant

STIPULATION FOR DISMISSAL                                                                 1

```
1  Allen Ruby, Esq. SB #47109
   LAW OFFICES OF ALLEN RUBY
2  125 South Market Street, Suite 1001
   San Jose, California 95113
3  Telephone: (408) 998-8500
4
5  Attorneys for Plaintiff
   DUALCOR TECHNOLOGIES, INC.
6
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE BRANCH
10
11
12  DUALCOR TECHNOLOGIES, INC.    | CASE NO. C 07 CV 04425
13            Plaintiff,          | VOLUNTARY DISMISSAL WITH
                                  | PREJUDICE
14        v.                      |
                                  | Rule 41(a) Federal Rules of Civil Procedure
15  INTEL CORPORATION,            |
16            Defendant.          |
17
18       Pursuant to Stipulation of the parties, Plaintiff DualCor Technologies, Inc. hereby
19  dismisses the action in its entirety with prejudice.
20  DATED: May 5, 2008            LAW OFFICES OF ALLEN RUBY
21
22                                BY [signature]
23                                ALLEN RUBY
                                  Attorney for Plaintiff
24
25
26  I:\DUALCOR\P\Dismissal.doc
27
28  DISMISSAL                                                              1
```

EXHIBIT "A"