1    Allen Ruby, Esq. SB #47109
     LAW OFFICES OF ALLEN RUBY
2    125 South Market Street, Suite 1001
     San Jose, California 95113
3    Telephone: (408) 998-8500

4

5    Attorneys for Plaintiff
     DUALCOR TECHNOLOGIES, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE BRANCH

11

12   DUALCOR TECHNOLOGIES, INC.          CASE NO. C 07 CV 04425

13             Plaintiff,                **VOLUNTARY DISMISSAL WITH
                                         PREJUDICE**
14        v.
                                         Rule 41(a) Federal Rules of Civil Procedure
15   INTEL CORPORATION,

16             Defendant.

17

18       Pursuant to Stipulation of the parties, Plaintiff DualCor Technologies, Inc. hereby

19   dismisses the action in its entirety with prejudice.

20   DATED: May 5, 2008              LAW OFFICES OF ALLEN RUBY

21

22                                   BY_____

23                                      ALLEN RUBY
                                        Attorney for Plaintiff
24

25

26   I:\DUALCOR\P\Dismissal.doc

27

28   DISMISSAL                                                        1